GEORGE WADE, Appellant, *v.* SMITH T. BAKER, Jr., et al., Respondents.

THIS case presented the same questions, and was argued and decided with *Van Amburgh* v. *Baker, ante,* p. 46.

---

JAMES E. CRISFIELD, Appellant, *v.* FRANCIS M. PERINE, Respondent.

(Argued April 9, 1880; decided April 20, 1880.)

REPORTED below (15 Hun, 200).

*Charles J. Bissell* for appellant.

*John A. Van Derlip* for respondent.

Affirmed on opinion in court below.
All concur.
Judgment affirmed.

---

CHARLES L. LEOPOLD, Appellant, *v.* MORRIS S. HERMAN, Impleaded, etc., Respondent.

(Argued April 7, 1880; decided April 20, 1880.)

*H. Morrison* for appellant.

*Samuel Hand* for respondent.

MILLER, J., reads for modification; ANDREWS and DANFORTH, JJ., concur; FOLGER and EARL, JJ., concur in result; RAPALLO, J., dissents; CHURCH, Ch. J., does not vote.
Judgment accordingly.